**Exhibit A to the Complaint**

**Location:** Marcus Hook, PA  **IP Address:** 100.34.226.200
**Total Works Infringed:** 41  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 294DDCEBFD93AA7E18B5CCC90F48DC52718D1B79<br>File Hash: FD6A9D3183365AC95017C622CEEDE7C51872C6FDA57F35D63F6C2ECC7254D62C | 06-08-2021 11:14:12 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 2 | Info Hash: 727C2698471403826A0D17EAF0010FFEAD561BCC<br>File Hash: D9812DE8B99DBA8CDD8EF04CC5E2BFA310CA71BF155F2C5CC8D38E14C2017017 | 05-30-2021 21:47:16 | Blacked Raw | 07-16-2019 | 08-02-2019 | PA0002192306 |
| 3 | Info Hash: A3F48EADCC48715AAC920647B517D36CFEA3EF25<br>File Hash: 79FBFABCA7F9575F7EA11AAB299B3ED03901F46B5F1500FB8225410EE54FA5E8 | 05-28-2021 04:12:37 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |
| 4 | Info Hash: 28F641DD86A31D9DE4BFD2443457D581BBB660A1<br>File Hash: 5A27FE917CEC0B20F5E51A87F23515ED22F45719715C331F7E5ADEE1E0E2E837 | 05-22-2021 21:04:29 | Blacked | 09-27-2019 | 10-07-2019 | PA0002205468 |
| 5 | Info Hash: C98740C62F8F9C6B18747244C61404316A90AA7C<br>File Hash: 56A0813EBB70472E9743368766038D60CE524AF3A3E02C21CC91B5BF295DE28A | 05-06-2021 19:47:26 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 6 | Info Hash: 01CC874EEB1A3F109F1331F296881481C049C1BC<br>File Hash: 317780DD02B7F71213A1F399309D732F9D81F4221C301A2BBA1228F6565D807D | 05-06-2021 17:05:33 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 7 | Info Hash: F2D58D0D2635DDE3BBE018EF87E28BFB4A1DCA0B<br>File Hash: A182656B5855D9EEEB1A21DEAC2D825C87BC0FD2767A1E34F247D9208085DABD | 05-01-2021 18:54:06 | Blacked Raw | 02-08-2021 | 03-08-2021 | PA0002280363 |
| 8 | Info Hash: 289F38E6A6C0E8275417C024BB4454E9D3743959<br>File Hash: 153C81455C5E0303A2DD4D55AC2CAF940BD58FD60055BDD1273B7CA5F93D0429 | 05-01-2021 13:57:04 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: BF0780F2FFDA83874CCA51107D499AED2E52AD92<br>File Hash: 185333BE464349DCA0F1A1EF81E07CA70178F541403BEA8030689D84FB78CD67 | 05-01-2021 13:50:45 | Blacked Raw | 12-08-2017 | 01-02-2018 | PA0002097423 |
| 10 | Info Hash: F2234643BBF10E30CD11BB23EE693FD8F13877D8<br>File Hash: 729C530859A4F49037DA1CF676FE7894F2561BA2DBCBC1C0BE622FAEF8698F12 | 05-01-2021 13:42:34 | Blacked | 01-20-2019 | 02-22-2019 | PA0002155135 |
| 11 | Info Hash: 27EF224D023462A415E9AA1F50ED06DDA40C617F<br>File Hash: 18617477ECF4CDEC54E9FEFE6523A0A12CBEA6FE9B8C93A4BBAD3D58D1351F45 | 04-24-2021 14:27:58 | Blacked | 10-22-2017 | 11-21-2017 | PA0002063627 |
| 12 | Info Hash: 890C3437529B678E2DFF8A7A86A3006FF2D7B85D<br>File Hash: 3E0756F0FD3E4A8F28FB50DE99E5B5E44D5CCEF60B28C0BB7F201719D7CEEB72 | 04-02-2021 13:14:46 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 13 | Info Hash: 6D1A75568F5FD969F309E9D3B4962D54EE537DBE<br>File Hash: 8819078D096F48944410216299128FB551BC6F20DB984F5D6559FD8D3553BAB9 | 04-02-2021 13:14:28 | Blacked Raw | 02-01-2021 | 02-09-2021 | PA0002276143 |
| 14 | Info Hash: 8031B4A7A5CFCECBC796D4772440BFC5016C11AA<br>File Hash: 6BC6E1D6C35FB48E06C6A8D7BBF0DF2769A8B15B04C14B904550055F04219187 | 04-01-2021 14:21:36 | Blacked | 06-24-2018 | 07-26-2018 | PA0002112154 |
| 15 | Info Hash: D513F1B4A7C6B72B1F1CE73FCC38227A6251E4CA<br>File Hash: B1A9B067D965F663167F374E2A324CC6DF97235052305D2DF8D2BFA75A6CE26A | 03-30-2021 22:04:35 | Blacked | 06-24-2017 | 07-07-2017 | PA0002070822 |
| 16 | Info Hash: EB19681277A634777CF5A9DE53B6B1C52D0D8B14<br>File Hash: 38BA806BC2DBA579A2875B8145759641AC1FEBEA0DE7778168A4E15583D8F4D0 | 03-09-2021 15:38:57 | Blacked | 03-21-2018 | 04-12-2018 | PA0002091520 |
| 17 | Info Hash: 43DB7AD2E7F68CCA6CE6D6D0384392EC019894E9<br>File Hash: 2D839421C771968C27A5C034A9304A2892B6DC27406E8607A4B9D980C4AABA3E | 03-07-2021 16:49:06 | Vixen | 11-20-2017 | 01-04-2018 | PA0002069354 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 1D8C99B00AD138010A90E2C90CAF50FD026C7A08<br>File Hash: 401885011E3BCE8CA80559E5B6FB73D5125A715B86CB32A6EBF7E8ECAC5E1CCE | 03-07-2021 13:56:24 | Blacked | 10-17-2018 | 10-28-2018 | PA0002130456 |
| 19 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 03-07-2021 13:54:10 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |
| 20 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 03-06-2021 21:03:19 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 21 | Info Hash: CB0D3A2DD39D12D6D1D0E2C443ED888B62498111<br>File Hash: 7B707376CC5B122A7C27CDA6D9D25EA806B8A3386816712746E86CC013B76C2A | 03-06-2021 19:33:55 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 22 | Info Hash: 043EF2E87FE88CB995552A507E67687FEBD53F59<br>File Hash: 16C5F6F2BDAA6EDC48C210CB4DFD51030193ECA22103DB3601D106A501723EB8 | 03-06-2021 17:54:52 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 23 | Info Hash: 70D3E78D2F56022CE4ACCD6349C393505D75A934<br>File Hash: F3F49B23D7C25F3DDD5E2E47714E4A1058B09ED21D9601A802D09BCE6E126104 | 03-05-2021 03:32:17 | Blacked Raw | 09-24-2019 | 10-07-2019 | PA0002205464 |
| 24 | Info Hash: 8ACEAF6E063E20FA8AD60011A276B2DBD6C48825<br>File Hash: 2E1AFE54A00CA51231905F46DB377AB5DC9912A59804A27F71D87D48877B6901 | 02-16-2021 07:38:10 | Blacked Raw | 02-15-2021 | 03-08-2021 | PA0002280367 |
| 25 | Info Hash: 1594EB91B552FEAB27B2169820A66A8738FC0316<br>File Hash: 80AC9B305EAC0D039D7962B8C08DF77858ED9881E21D2478E8EF83ABC1553D25 | 02-07-2021 17:35:02 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 26 | Info Hash: F4C20C618A583C57E71DEDC0567FB3D8BDFD5192<br>File Hash: 7E4F0EE0A530B31104286E0A30F945314E21E396299B06BB7CE72274E322F55B | 02-07-2021 17:34:47 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 7BCAF3207D7ADED3194F9AD8EA8BA3A9B147F568<br>File Hash: 8E557F72C44AAC0DFA29657A6636DE991F5E4DF30137A26C7DD96D6B64F21E2D | 01-27-2021 00:04:41 | Blacked Raw | 12-28-2020 | 01-05-2021 | PA0002269956 |
| 28 | Info Hash: EB618CE41F176F9BB4820A6C7C959D22B86E4E01<br>File Hash: E9A54ECAA7C0608DB489172C0B2C8DCBF5928E8C3257F0CD962D675AF02F45B5 | 01-07-2021 12:44:37 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 29 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F<br>File Hash: F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 12-24-2020 12:06:15 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 30 | Info Hash: 9A235A3B173EBC1924784B571FA2EE9C3E96B4CF<br>File Hash: 44FFB5B48EEC7B77914F5565089A5C9650E0698BE8DF1E4EE2D3E885B18B6764 | 11-28-2020 11:12:04 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 31 | Info Hash: 0A699E8DDCF38F52A506691FA48FF66EA86A15B4<br>File Hash: 45A5C9627F189D2582974B07D3278C696CDE2303599C7BBE1BDECE8D3AA56564 | 11-04-2020 10:01:58 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 32 | Info Hash: 11317BD69D7E2FE51E3BDDC1C53B65643242CB9C<br>File Hash: F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 09-30-2020 05:32:19 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 33 | Info Hash: 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78<br>File Hash: 6795789E04678B20D40454D7E8A982DB17E652E8CAF50F29E036AA400E5CC327 | 09-15-2020 00:38:30 | Blacked | 10-27-2018 | 12-10-2018 | PA0002145828 |
| 34 | Info Hash: 5EBAA857DB4CB94E7B579561C0FBE666094E0A10<br>File Hash: 1FC7F6CAF9BCD0764A89E8ABD1F6E4A77DC4710FA7FAE67E76670DF36E184092 | 09-15-2020 00:38:27 | Blacked Raw | 06-16-2018 | 07-14-2018 | PA0002128317 |
| 35 | Info Hash: 6E092D7A3453A1D45B1439231F12D419573100A7<br>File Hash: D8BF82073E2B68DD94CE8EB6D1D86B84A373A3C3A9FD4A6154CF46360F2A4686 | 07-18-2020 03:15:33 | Blacked Raw | 07-06-2020 | 07-20-2020 | PA0002248962 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 30219F5EF1E4B77DB42BCC64543DF5B1AE98239E<br>File Hash: 754328AD4A4BC4F60A62464516F3E471E5A3E5CC77E924F967655D5A593B23D0 | 07-02-2020 08:39:10 | Blacked | 06-06-2020 | 06-22-2020 | PA0002245636 |
| 37 | Info Hash: D3E283DD3E559EF10AA4E16E0B3A621375FDEE75<br>File Hash: FEADBB935D34439E2E4A513DB05EE2F63A59C7E34057C366B06E5FCD3C0F0E4E | 06-14-2020 12:45:46 | Blacked | 06-13-2020 | 06-22-2020 | PA0002245632 |
| 38 | Info Hash: A7B77E1226DA839D3A8F4DF03F9EF353E9E11502<br>File Hash: A9108D6691B6184CDFCF5E85D11B01704E33A40930AA9C3FCFC3DE75190EA3AF | 06-09-2020 13:29:30 | Blacked | 04-10-2018 | 05-23-2018 | PA0002101304 |
| 39 | Info Hash: 2D9419B1D512C496B2EACDC5F3C343918BA9367B<br>File Hash: 7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 05-26-2020 16:23:27 | Blacked Raw | 05-25-2020 | 06-22-2020 | PA0002245633 |
| 40 | Info Hash: C20D8CE638A46CD39FA65004C565F7F85846691D<br>File Hash: EA5B48145CBAF733479368D9256BC9D6AA8EC5702C56014718B4A1CBA7E39563 | 05-10-2020 03:11:14 | Blacked Raw | 03-28-2019 | 05-28-2019 | PA0002200777 |
| 41 | Info Hash: 4A0ABE15C6C11BEC97FCFF00C3F40080764788A9<br>File Hash: 9B3AE3403C4CD012F163F6857B61341190090CC8B5D542F786A0F47BD1E02988 | 04-14-2020 17:41:08 | Blacked Raw | 04-13-2020 | 04-22-2020 | PA0002237695 |